```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15318
   ERIC LEWIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-1995


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was confirmed 10/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
MORTGAGE LENDERS NETWORK CURRENT MORTG           .00          .00          .00
MORTGAGE LENDERS NETWORK MORTGAGE ARRE      19000.00          .00          .00
COOK COUNTY TREASURER    SECURED             3800.00          .00          .00
MONIQUE AMOS             NOTICE ONLY       NOT FILED          .00          .00
IL STATE DISBURSEMENT UN FILED LATE              .00          .00          .00
IL STATE DISBURSEMENT UN FILED LATE              .00          .00          .00
WANDA SMITH              NOTICE ONLY       NOT FILED          .00          .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED             614.79         .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED             646.16         .00          .00
WELLS FARGO FINANCIAL IN UNSECURED           18268.85         .00          .00
ILLINOIS DEPT OF REVENUE FILED LATE              .00          .00          .00
PRO SE DEBTOR            DEBTOR ATTY             .00                       .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------      --------------
TOTALS                        .00                .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15318 ERIC LEWIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 15318 ERIC LEWIS